Hubert E. WHITNEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62531.

Missouri Court of Appeals,
Western District.

Sept. 21, 2004.

Andrew A. Schroeder, Kansas City, MO,
for Appellant.

Deborah Daniels, Jefferson City, MO,
for Respondent.

Before SPINDEN, P.J., HOLLIGER
and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Hubert Whitney appeals the denial of
his Rule 29.15 motion following an eviden-
tiary hearing. Upon review of the record,
we find no error and affirm the motion
court's judgment. The parties have been
provided with a Memorandum explaining
the reasons for our decision because a
published opinion would have no prece-
dential value.

AFFIRMED. Rule 84.16(b).